UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
USA,                                                              :
                                                                  :
              -v-                                                 :    23-CR-577-3 (LJL)
                                                                  :
HERIBERTO EUSTATE ESPINAL,                                        :
                                                                  :    ORDER
                    Defendant.                                    :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Government is directed to respond to the motion for a bond at Dkt. No. 18 on or before November 30, 2023.


    SO ORDERED.

Dated: November 28, 2023                    _____
       New York, New York                            LEWIS J. LIMAN
                                                  United States District Judge