UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
    -v-                                                                  :          23-CR-577-3 (LJL)
:
HERIBERTO EUSTATE ESPINAL,                     :              ORDER
:
                           Defendant.             :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The application of Heriberto Eustate Espinal for bail [Dkt. No. 18] is denied.  The Government has established by clear and convincing evidence that Defendant presents a danger to the community and a risk of flight and that no condition or combination of conditions will reasonably assure his appearance as required at trial and the safety of the community.  18 U.S.C. Section 3142(e)(1).  The defendant is charged distribution and with conspiracy to distribute massive amounts of fentanyl, methamphetamine, and heroin.  The evidence against him as proffered by the Government is extremely strong.  At the time of his arrest, he was found at a large scale factory that manufactured hundreds of thousands of fentanyl pills.  The street value of the narcotics seized on the day of his arrest and found where Defendant was located was at least a million dollars; it included at least ten kilograms of fentanyl, three kilograms of methamphetamine, and seven kilograms of heroin.  A phone seized the following day from the same location and connected to Defendant contains further evidence of his participation in the distribution of narcotics.  If convicted, he faces a mandatory minimum sentence of ten years.  He has family in the Dominican Republic, has travelled to the Dominican Republic, and has the means and incentive to flee the United States.  His involvement in extremely large-scale narcotics trafficking demonstrates that he poses a risk to the community that cannot be addressed through any combination of conditions of release.  The sentence he faces as well as his means of fleeing and the strength of the evidence against him demonstrate that he poses a risk of flight that cannot be addressed through any combination of conditions of release.

      SO ORDERED.

Dated: December 1, 2023
       New York, New York
                                                              LEWIS J. LIMAN
                                                    United States District Judge